# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmsley Ikaika,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Todd Thomas, et al.,<br><br>　　　　　Defendants. | No. CV-17-04794-PHX-DLR<br><br>**ORDER** |

Before the Court is Plaintiff Emmsley Ikaika's civil rights complaint pursuant to 42 U.S.C. § 1983 and United States Magistrate Judge Bridget S. Bade's Report and Recommendation ("R&R"). (Docs. 15, 19.) The R&R recommends that this matter be dismissed for failure to comply with court orders pursuant to Fed. R. Civ. P. 41(b).

Specifically, on August 3, 2018, the Magistrate Judge screened Plaintiff's complaint and ordered the United States Marshal Service ("USMS") to serve Defendant Thomas. (Doc. 16 at 5.) To facilitate service of process, the Magistrate Judge directed Plaintiff to return a completed service packet to the Court within twenty-one days of the August 3, 2018 Order. (*Id.*) Plaintiff, however, failed to do so. Instead, Plaintiff filed a motion to postpone the case until he was released from custody (Doc. 17), which the Magistrate Judge denied (Doc. 18). The Magistrate Judge, however, extended the deadline for Plaintiff to return a completed service package to September 20, 2018, and warned Plaintiff that failure to comply with the extended deadline may result in dismissal

of the action without prejudice for failure to comply with the court's order. (*Id.* at 2.) The deadline passed without Plaintiff submitting a completed service packet or otherwise responding the Magistrate Judge's order. As a result, the Magistrate Judge recommended this matter be dismissed pursuant to Fed. R. Civ. P. 41(b).

The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss Plaintiff's civil rights complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Bades' R&R (Doc. 19) is **ACCEPTED**. Plaintiff's civil rights complaint (Doc. 15) is **DISMISSED**. The Clerk of the Court shall terminate this case.

Dated this 15th day of November, 2018.

Douglas L. Rayes
United States District Judge